UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
KEVIN JOSEPH BELFRY and )
ELLEN EMILY BELFRY, ) CASE NO. 10-09045-PMG
 ) CHAPTER 13
              Debtors. )

## SECOND POST CONFIRMED MODIFIED CHAPTER 13 PLAN

The Debtors submit the following Second Post Confirmed Modified Chapter 13 Plan:

1. The future earnings of the Debtors are submitted to the control and supervision of the Trustee, and the Debtors shall pay to the Trustee the sum of **$1,210.18** in months one through twenty-three (1-23), **$826.80** in months twenty-four through forty (24-40) and **$771.25** in months forty-one through sixty (41-60) for a period of sixty (60) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    A.    **PRIORITY CLAIMS**

        (1) The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of the amount of all payments under the Plan.

        (2) **BANKRUPTCY LAW FIRM OF LANSING J. ROY, P.A.** is owed the sum of $2,000.00 for representing the Debtors in this bankruptcy case. The Trustee shall pay this Creditor the sum of $2,000.00 with monthly payments in the amount of **$50.00** in months one through forty (1-40).

        (3) **IRS/INTERNAL REVENUE SERVICE** holds a priority claim for unpaid 2008 personal income taxes in the amount of $692.35. The Trustee shall pay this Creditor the sum of $692.35 with monthly payments in the amount of **$18.72** in months twenty-four through sixty (24-60).

    B.    **SECURED CLAIMS**

(1) **CHASE HOME FINANCE, LLC** holds a first mortgage on Debtors' homestead property. There are no arrearages to this Claim. Payments will continue to be made by the Debtors outside the Chapter 13 Plan.

(2) **CITIMORTGAGE, INC.** holds a second mortgage on Debtor's homestead property. There is no secured value to this Claim. The Trustee shall make no payments to this Creditor for this secured claim. Upon successful completion of this Plan, this mortgage balance shall be deemed satisfied in full as a matter of law.

(3) **CHRYSLER FINANCIAL SERVICES AMERICAS, LLC** holds a purchase money security interest in a 2006 Dodge Magnum with a secured value of $10,650.00. The Trustee shall pay this creditor the sum of $10,650.00 with level monthly payments in the amount of **$202.21** that includes five and one/quarter percent (5.25%) per annum simple interest for a total payment of $12,132.04.

(4) **HSBC BANK NEVADA, N.A. (SUZUKI)** holds a purchase money security interest in a 2006 Suzuki motorcycle. The Debtors propose surrender of their interest in this property. The Trustee shall make no payments to this Creditor for this secured claim.

(5) **RONALD C. RITTER** holds a mortgage on Debtors' real property located at 923 Russell Avenue, Inverness, Florida. The Debtors propose surrender of their interest in this property. The Trustee shall make no payments to this Creditor for this secured claim.

(6) **CITRUS COUNTY TAX COLLECTOR** holds a secured claim against the Debtors' real property at 923 Russell Avenue, Inverness, Florida for unpaid property taxes. The Debtors propose surrender of their interest in this property. The Trustee shall make no payments to this Creditor for this secured claim.

(7) **WELLS FARGO DEALER SERVICES, INC.** holds a purchase money security interest in a 2007 Chevrolet HHR with a secured value of $10,075.38. The Trustee shall pay this Creditor the sum of $10,075.38 and has previously paid $3,609.82, which represents payments

2

of **$156.95** in months one through twenty-three (1-23) and shall pay **$212.64** in months twenty-four through sixty (24-60) that includes five and one/quarter percent (5.25%) per annum simple interest for a total payment of $11,477.46.

### C. UNSECURED CLAIMS

Any claims filed after the deadline for filing proofs of claim shall receive no distribution under this Plan unless specifically provided for above. Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been voided, who timely file claims shall receive pro-rata distribution. The Trustee has distributed $15,639.92 which equals **$680.00** in months one through twenty-three (1-23) and shall distribute **$260.55** in months twenty-four through sixty (24-60) among those unsecured creditors whose claims are filed and allowed for a total payment of $25,280.12, based on disposable income of $1,138.07 in months 1-19 and $89.19 in months 20-60, excluding any federal income tax refunds retained by the Trustee.

3. **EXECUTORY CONTRACTS**. The Debtors do not reject any executory contracts.

4. **VESTING**. Title to all property of the estate shall revest in the Debtors upon confirmation of this Plan.

5. **RETENTION OF LIEN**. Secured creditors shall retain their liens until the allowed secured claim is paid in full.

6. **LATE FEES OR ATTORNEYS' FEES**. No creditor shall be entitled to any late fees, attorney's fees, other costs or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this Plan, except as ordered by this Court, excluding existing student loan claims. Upon successful completion of this Plan, the Debtors' second mortgage balance shall be deemed satisfied in full as a matter of law.

7. **INSURANCE**. Debtors shall keep the collateral which secures any debt paid under this Plan insured as provided for in the agreement between the Debtors and creditor.

8. **ADDITIONAL MOTION OR OBJECTION PERIOD.** Debtor will have thirty days after claims bar date to file any Motions or Objections to the claims that were timely filed. Any Order Confirming or Modifying the Plan will not be res judicata as to any Motions or Objections to timely filed claims brought pursuant to this paragraph.

**DATED** this 21st day of September 2012

BANKRUPTCY LAW FIRM OF
LANSING J. ROY, P.A.

Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056743
Attorney for Debtors
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207
(904) 391-0030