UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
KEVIN JOSEPH BELFRY and  
ELLEN EMILY BELFRY

CASE NO: 3:10-bk-09045-PMG

Chapter 13

Debtors
_____/

## ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

This case came before the Court at a hearing on January 16, 2013, upon the Debtors' Motion To Modify Confirmed Plan, dated September 21, 2012. The Court having noted that an objection to the modification was filed, that all issues raised in the objection are resolved by this Order and/or were resolved at the hearing, and that the Modified Confirmed Plan complies with the provisions of Section 1329 of the United States Bankruptcy Code.

Accordingly:

**IT IS ORDERED :**

The Debtors' Motion To Modify Confirmed Plan is granted, and the Order Confirming Chapter 13 Plan allowing Claims and Directing Distribution is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto. If the Debtor has surrendered collateral in this modification securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of this order, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court.

All other provisions of the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution entered by this Court on February 3, 2011 shall remain the same and in full force and effect.

DATED this February __7__, 2013 in Jacksonville, Florida.

_____
PAUL M. GLENN
United States Bankruptcy Judge

Copies to:
All Interested Parties

# AMENDED EXHIBIT A
## CASE NO: 3:10-bk-09045-PMG
## KEVIN JOSEPH BELFRY and ELLEN EMILY BELFRY
### Chapter 13

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| | TRUSTEE EXPENSES | Priority | | As set by U.S. Trustee | | |
| | BANKRUPTCY LAW FIRM OF LANSING J ROY | Priority | $2,000.00 | $2,000.00 | $50.00<br>$0.00 | 1 - 40<br>41 - 60 |
| *Claim Notes:* *No claim filed.* | | | | | | |
| | CHASE | Secured | $0.00 | $0.00 | $0.00 | |
| *Claim Notes:* *The 'Amount Allowed' represents the maintenance of payments on this claim while the case is pending as provided for in Section 1322(b)(5). No claim filed. Claim paid outside of plan.* | | | | | | |
| 01 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | Secured | $10,650.00 | $12,132.04 | $202.21 | 1 - 60 |
| *Claim Notes:* *Original claim amount $10,745.92. Order granting as Secured $10,650.00 and unsecured $95.92.* | | | | | | |
| 01 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | Unsecured | $95.92 | $95.92 | ProRata | |
| 02 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | $1,063.10 | $1,063.10 | ProRata | |
| 03 | SALLIE MAE ON BEHALF OF UNITED STUDENTS AID | Unsecured | $28,930.77 | $28,930.77 | ProRata | |
| 04 | MIDLAND CREDIT MANAGEMENT INC | Unsecured | $685.29 | $685.29 | ProRata | |
| 05 | RONALD C RITTER | Secured | $69,772.45 | $0.00 | $0.00 | |
| *Claim Notes:* *The 'Amount Allowed' represents the maintenance of payments on this claim while the case is pending as provided for in Section 1322(b)(5). Collateral Surrendered.* | | | | | | |
| 06 | INTERNAL REVENUE SERVICE | Priority | $692.35 | $692.35 | $0.00<br>$18.72 | 1 - 23<br>24 - 60 |
| 06 | INTERNAL REVENUE SERVICE | Unsecured | $58.68 | $58.68 | ProRata | |
| 07 | ECAST SETTLEMENT CORPORATION | Unsecured | $3,356.90 | $3,356.90 | ProRata | |
| 08 | CAPITAL ONE NA | Secured | $3,495.00 | $0.00 | $0.00 | |
| *Claim Notes:* *Collateral Surrendered.* | | | | | | |
| 08 | CAPITAL ONE NA | Unsecured | $1,065.10 | $1,065.10 | ProRata | |
| 09 | WELLS FARGO DEALER SERVICES | Secured | $10,075.38 | $11,477.46 | $156.95<br>$212.64 | 1 - 23<br>24 - 60 |
| *Claim Notes:* *Original claim amount $11,210.20. Order granting as Secured $10,075.38 and unsecured $1,134.82.* | | | | | | |
| 09 | WELLS FARGO DEALER SERVICES | Unsecured | $1,134.82 | $1,134.82 | ProRata | |

**AMENDED EXHIBIT A**
**CASE NO: 3:10-bk-09045-PMG**
**KEVIN JOSEPH BELFRY and ELLEN EMILY BELFRY**
**Chapter 13**

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 10 | CAPITAL ONE BANK | Unsecured | $606.08 | $606.08 | ProRata | |
| 11 | CITRUS COUNTY TAX COLLECTOR | Secured | $1,165.44 | $0.00 | $0.00 | |
| *Claim Notes: Collateral Surrendered.* | | | | | | |
| 12 | CITRUS COUNTY TAX COLLECTOR | Secured | $4,829.36 | $0.00 | $0.00 | |
| *Claim Notes: Collateral Surrendered.* | | | | | | |
| 13 | AMERICAN INFOSOURCE LP | Unsecured | $282.14 | $282.14 | ProRata | |
| 14 | CITIMORTGAGE INC | Unsecured | $150,674.89 | $150,674.89 | ProRata | |
| *Claim Notes: Lien stripped per court order, allowed as unsecured.* | | | | | | |
| 15 | EAST BAY FUNDING LLC | Unsecured | $4,218.85 | $4,218.85 | ProRata | |
| 16 | CANDICA LLC | Unsecured | $2,842.29 | $2,842.29 | ProRata | |
| 17 | OAK HARBOR CAPITAL LLC | Unsecured | $6,273.51 | $6,273.51 | ProRata | |
| 18 | CANDICA LLC | Unsecured | $6,386.00 | $6,386.00 | ProRata | |
| 19 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $352.06 | $352.06 | ProRata | |
| 20 | CAPITAL ONE BANK (USA) NA | Unsecured | $2,394.73 | $2,394.73 | ProRata | |
| 21 | CAPITAL ONE NA | Unsecured | $749.98 | $749.98 | ProRata | |
| 22 | PRA RECEIVABLES MANAGEMENT | Unsecured | $19,451.02 | $19,451.02 | ProRata | |
| 23 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $493.15 | $493.15 | ProRata | |
| 24 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $946.67 | $946.67 | ProRata | |
| 25 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $649.38 | $649.38 | ProRata | |
| 26 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $1,664.12 | $1,664.12 | ProRata | |

| Debtor Payment Schedule | | |
|---|---|---|
| StartDate | Number of Months | PaymentAmount |
| November 14, 2010 | 1 - 23 | $1,210.18 |
| October 14, 2012 | 24 - 40 | $826.80 |
| March 14, 2014 | 41 - 60 | $771.25 |

Copies to:
Debtors
Bankruptcy Law Firm Of Lansing J Roy
Douglas W. Neway, Trustee
All Interested Parties