UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
KEVIN JOSEPH BELFRY and )
ELLEN EMILY BELFRY, ) CASE NO. 10-09045-PMG
) CHAPTER 13
Debtors. )

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party in interest filed an objection within twenty- one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 300 N. Hogan Street, Suite 3-350, Jacksonville, FL 32202-4267, and serve a copy on the movant's attorney, Bankruptcy Law Firm of Lansing J. Roy, P.A., Lansing J. Roy, Esquire, 1710 Shadowood Lane, Suite 210, Jacksonville, FL 32207, and any other persons.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## MOTION TO MODIFY MODIFIED CONFIRMED CHAPTER 13 PLAN

The Debtors, **Kevin and Ellen Belfry,** by and through their undersigned counsel, file this Motion to Modify Modified Confirmed Chapter 13 Plan and move the Court for an Order pursuant to 11 U.S.C. §1329(a)(2) to modify the confirmed Chapter 13 Plan to comply with the increase in disposable income as a result of a mortgage modification. In support of the motion it is shown unto the Court as follows:

1. On February 3, 2011, the Court confirmed a Chapter 13 Plan dated January 4, 2011. On July 18, 2011, the Court entered an Order Modifying Confirmed Chapter 13 Plan. On January 16, 2013, the Court entered an Order Modifying Confirmed Chapter 13 Plan

2. An adjustment to the Plan is necessary to comply with the increase in disposable income as a result of a mortgage modification.

3. A proposed Third Post Confirmed Modified Chapter 13 Plan is attached.

WHEREFORE the Court is requested to enter an Order Modifying the Confirmed Chapter 13 Plan consistent with the terms and conditions set forth herein.

BANKRUPTCY LAW FIRM OF
LANSING J. ROY, P.A.

/s/ Christopher R. DeMetros

Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056743
Attorney for Debtors
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207
(904) 391-0030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Debtors' **Motion to Modify Modified Confirmed Chapter 13 Plan** together with a copy of the **Third Post Confirmed Modified Plan** was furnished to all creditors and parties in interest as listed on the mailing matrix attached to the original document filed with the Court this \_\_\_ day of September 2013.

BANKRUPTCY LAW FIRM OF
LANSING J. ROY, P.A.

/s/ Christopher R. DeMetros

Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056743
Attorney for Debtors
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207
(904) 391-0030

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-09045-PMG<br>Middle District of Florida<br>Jacksonville<br>Tue Sep 10 15:36:32 EDT 2013 | Ellen Emily Belfry<br>4324 West Alamo Drive<br>Beverly Hills, FL 34465-2141 | Kevin Joseph Belfry<br>4324 West Alamo Drive<br>Beverly Hills, FL 34465-2141 |
| Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Chase Home Finance, LLC.<br>Mail Code LA4-5555  700 Kansas Lane<br>Monroe, LA 71203 | Chrysler Financial Services Americas, LLC<br>88 Union Avenue  Suite 700<br>Memphis, TN 38103-5128 |
| CitiMortgage Inc.<br>PO Box 6941<br>The Lakes, NV 88901-6941 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>c/o Patti H Bass<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk, VA 23541-0907 | Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| Wells Fargo Dealer Services, Inc., f/k/a Wac<br>Dennis LeVine & Associates, P.A.<br>c/o David Hicks<br>P.O. Box 707<br>Tampa, FL 33601-0707 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | ASPIRE VISA CARD SVCS.<br>Acct 456419001105<br>P.O. BOX 105555<br>Atlanta GA 30348-5555 |
| American Infosource Lp As Agent for Wfcb<br>As Assignee of<br>Blair<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | BARCLAY CARD SERVICES<br>Acct 432747790175<br>PO BOX 8802<br>Wilmington DE 19899-8802 | BARCLAYS<br>Acct 432747790175<br>125 S WEST ST<br>Wilmington DE 19801-5014 |
| BELK, INC.<br>Acct 604583151583<br>BNKCY DEPT<br>PO BOX 103104<br>Roswell GA 30076-9104 | CANDICA L.L.C.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | CAPITAL ONE<br>Acct 529107136482<br>PO BOX 30285<br>Salt Lake City UT 84130-0285 |
| CHASE BANK USA, NA<br>Acct 418586800715<br>BANKRUPTCY DEPT<br>PO BOX 100018<br>KENNESAW GA 30156-9204 | CHASE BANK1/FirstUSA CC<br>Acct 418586800715<br>Attn: Correspondence<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHASE HOME FINANCE, LLC<br>Acct 4650018499343<br>3415 VISION DRIVE<br>COLUMBUS OH 43219-6009 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | CITGO CREDIT CARD CENTER<br>Acct 242164739<br>PO BOX 689095<br>Des Moines IA 50368 | (p)CITIMORTGAGE<br>5280 CORPORATE DRIVE<br>BANKRUPTCY DEPARTMENT<br>ATTENTION MC0023<br>FREDERICK MD 21703-8351 |
| CITIMORTGAGE INC<br>Acct 771468700<br>PO BOX 660065<br>Dallas TX 75266-0065 | Capital One Bank (USA), N.A.<br>PO Box 12907<br>Norfolk, VA 23541-0907 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |

| | | |
|---|---|---|
| Capital One, N.A<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Citrus County Tax Collector<br>210 N. Apopka Ave Ste 100<br>Inverness FL 34450-4298 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | GEMB/Lowe<br>Acct 430598137861<br>P.O. Box 103065<br>Roswell GA 30076 | GEMBPPSM<br>Acct 604407203354<br>P.O. Box 981064<br>El Paso TX 79998-1064 |
| HFC<br>Acct 31120213117574<br>P.O Box 3425<br>Buffalo NY 14240-3425 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | HSBC  Bank Nevada, N.A.<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | HSBC CARD SERVICES<br>Acct 46630400077<br>PO BOX 5250<br>Carol Stream IL 60197-5250 | HSBC CARD SERVICES<br>Acct 545800164330<br>PO BOX 5250<br>Carol Stream IL 60197-5250 |
| HSBC CARD SERVICES<br>Acct 549110001888<br>PO BOX 5250<br>Carol Stream IL 60197-5250 | HSBC CARD SERVICES<br>Acct 601138102207<br>PO BOX 5250<br>Carol Stream IL 60197-5250 | HSBC/SUZUKI<br>Acct 22601-1101752985<br>90 Christiana Rd<br>New Castle DE 19720-3118 |
| Household Finance Corporation III<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital Systems<br>Acct 2753884181003<br>for Aspire Visa<br>16 McClelend Road<br>Saint Cloud MN 56303-2198 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MCYDSNB<br>Acct 4794856193620<br>9111 Duke Boulevard<br>Mason OH 45040-8999 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |
| OAK HARBOR CAPITAL LLC<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Preferred Collection<br>Acct 2961877<br>for H. Lee Moffitt<br>1 Davis Blvd., Ste 703<br>Tampa FL 33606-3480 |
| Preferred Collection<br>Acct 3077646<br>for H. Lee Moffitt<br>1 Davis Blvd<br>Ste 703<br>Tampa FL 33606-3480 | Preferred Collection<br>Acct 3457290<br>for H. Lee Moffitt<br>1 Davis Blvd., Ste 703<br>Tampa FL 33606-3480 | Ron Ritter<br>2 Murray Street<br>Beverly Hills, FL 34465 |
| Ronald C. Ritter<br>2501 N Troon Path<br>Lecanto, FL 34461-6914 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | SALLIE MAE<br>Acct 9118539371000420040820<br>PO BOX 9500<br>Wilkes Barre PA 18773-9500 |

| | | |
|---|---|---|
| SEARS - CITIBANK<br>Acct 504994138032<br>PO BOX 6922<br>The Lakes NV 88901-6922 | SUNOCO INC<br>Acct 70511150552<br>PO BOX 689153<br>Des Moines IA 50368-9153 | Sallie Mae Inc. on behalf of<br>United Student Aid Funds, Inc.<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 |
| Shell/Citi<br>Acct 132077421<br>P.O. Box 6497<br>Sioux Falls SD 57117-6497 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| WFCB/BLAIR<br>Acct 578098202771<br>P.O. Box 182273<br>Columbus OH 43218-2273 | (p)WACHOVIA DEALER SERVICES INC<br>BK DEPARTMENT<br>PO BOX 19657<br>IRVINE CA 92623-9657 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712-1083 |
| Christopher R DeMetros +<br>Bankruptcy Law Firm of Lansing J Roy, PA<br>1710 Shadowood Lane, Suite 210<br>Jacksonville, FL 32207-2184 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | Becket & Lee LLP +<br>Alane Ann Becket<br>16 General Warren Blvd.<br>P. O. Box 3001<br>Malvern, PA 19355-0701 |
| Dennis J. LeVine +<br>Dennis LeVine & Associates<br>Post Office Box 707<br>Tampa, FL 33601-0707 | Robert J. Fehse +<br>Hale Dewey Knight PLLC<br>88 Union Avenue<br>Suite 700<br>Memphis, TN 38103-5128 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |
| Kevin B Paysinger +<br>Bankruptcy Law Firm of Lansing J Roy, PA<br>1710 Shadowood Lane, Suite 210<br>Jacksonville, FL 32207-2184 | Amber Kourofsky +<br>Albertelli Law<br>Post Office Box 23028<br>Tampa, FL 33623-2028 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHRYSLER FINANCIAL<br>Acct 1010813890<br>PO BOX 860<br>Roanoke TX 76262-0860 | CITIMORTGAGE INC<br>Acct 771468700<br>BANKRUPTCY DEPT<br>5280 CORPORATE DR<br>Frederick MD 21703 | (d)Chrysler Financial Services Americas LLC<br>Trustee Lockbox<br>P.O. Box 9001897<br>Louisville, KY 40290-1897 |
| HOME DEPOT CREDIT SVCS<br>Acct 603532020755<br>CITICARD PRIVATE LABEL<br>PO BOX 20483<br>Kansas City MO 64195 | Internal Revenue Service<br>Acct 8036<br>PO BOX 21126<br>Philadelphia PA 19114-0326 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | TSYS DEBT MGMT (TDM)<br>Acct 486236239129<br>FOR CAPITAL ONE<br>PO BOX 5155<br>Norcross GA 30091-5155 | (d)TSYS DEBT MGMT (TDM)<br>Acct 486236249132<br>FOR CAPITAL ONE<br>PO BOX 5155<br>Norcross GA 30091-5155 |

| | | |
|---|---|---|
| (d)TSYS DEBT MGMT (TDM)<br>Acct 529107136482<br>FOR CAPITAL ONE<br>PO BOX 5155<br>Norcross GA 30091-5155 | WFDS/WDS<br>Acct 517655092806<br>P.O. Box 1697<br>Winterville NC 28590 | (d)Wells Fargo Dealer Services<br>PO BOX 19657<br>Irvine CA 92623-9657 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DEUTSCHE BANK NATIONAL TRUST COMPANY | (u)Paul M. Glenn<br>Jacksonville | (u)JP Morgan Chase Bank, NA |
| (d)CitiMortgage, Inc.<br>P O Box 6941<br>The Lakes, NV 88901-6941 | (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | (d)PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| (d)Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | (d)eCAST Settlement Corporation<br>POB 29262<br>New York NY 10087-9262 | End of Label Matrix<br>Mailable recipients    77<br>Bypassed recipients     8<br>Total                  85 |